BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KATHRYN M. LESTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:09-CV-01730-GSA<br><br>STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's opening brief, due to workload demands of Defendant's counsel and the complexity of issues in Plaintiff's opening brief. The current due date is June 4, 2010. The new due date will be July 6, 2010. This is Defendant's first request for an extension. Defendant apologizes to the Court for not filing this stipulation sooner.

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2  Respectfully submitted,

3  DATE: June 2, 2010                MANUEL D. SERPA
4                                    Binder and Binder

5                          By:   /s/ Manuel D. Serpa*
                                 (* As authorized via email on June 2, 2010)
6                                MANUEL D. SERPA

7  Attorneys for Plaintiff

8  DATE: June 2, 2010                BENJAMIN B. WAGNER
9                                    United States Attorney
                                     LUCILLE GONZALES MEIS
10                                   Regional Chief Counsel, Region IX
                                     Social Security Administration
11
                           By    /s/ Jacob M. Mikow
12                               JACOB M. MIKOW
                                 Special Assistant U.S. Attorney
13
   Attorneys for Defendant
14

15

16

17                              **ORDER**

18  IT IS SO ORDERED.

19  Dated:  **June 2, 2010**              **/s/ Gary S. Austin**
20                                      UNITED STATES MAGISTRATE JUDGE