BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KATHRYN M. LESTER, | Case No. 1:09-CV-01730-GSA |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's opening brief, due to workload demands of Defendant's counsel and the complexity of issues in Plaintiff's opening brief. The current due date is July 6, 2010. The new due date will be August 5, 2010. This is Defendant's second request for an extension. Defendant will not seek another extension in this case for filing his response to Plaintiff's opening brief.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                        Respectfully submitted,

DATE: June 28, 2010                      MANUEL D. SERPA
                                            Binder and Binder

                              By:    /s/ Manuel D. Serpa*
                                       (* As authorized via email on June 28, 2010)
                                       MANUEL D. SERPA

                                        Attorneys for Plaintiff

DATE: June 28, 2010                      BENJAMIN B. WAGNER
                                            United States Attorney
                                            LUCILLE GONZALES MEIS
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                              By     /s/ Jacob M. Mikow
                                       JACOB M. MIKOW
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

                                          **ORDER**

IT IS SO ORDERED.

    **Dated:   June 29, 2010**                       **/s/ Gary S. Austin**
                                                              UNITED STATES MAGISTRATE JUDGE