BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KATHRYN M. LESTER,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:09-CV-01730-GSA<br><br>STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's opening brief, due to workload demands of Defendant's counsel and the complexity of issues in Plaintiff's opening brief.  Defendant had intended to respond to Plaintiff's opening brief by August 5, 2010, with no further extensions, as previously stated to the Court.

1  The current due date is August 5, 2010.  The new due date will be September 6, 2010.
2  This is Defendant's third request for an extension.
3  The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.

Respectfully submitted,

DATE: July 28, 2010                MANUEL D. SERPA
                                   Binder and Binder

                       By:   /s/ Manuel D. Serpa*
                             (* As authorized via email on July 28, 2010)
                             MANUEL D. SERPA

                             Attorneys for Plaintiff

DATE: July 28, 2010                BENJAMIN B. WAGNER
                                   United States Attorney
                                   LUCILLE GONZALES MEIS
                                   Regional Chief Counsel, Region IX
                                   Social Security Administration

                       By    /s/ Jacob M. Mikow
                             JACOB M. MIKOW
                             Special Assistant U.S. Attorney

                             Attorneys for Defendant

## **ORDER**

The Court has reviewed this agreement and adopts the stipulation.  However, defense counsel is advised that further stipulations or motions for extensions of time will be looked upon with disfavor since this is the third extension of time and counsel represented that the previous extension would be the last one requested.

IT IS SO ORDERED.

Dated:   **July 29, 2010**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE