BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JACOB M. MIKOW, SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| KATHRYN M. LESTER, ) | Case No.: 1:09-CV-01730-GSA |
| ) | |
|     Plaintiff, ) | ORDER GRANTING |
|   v. ) | LEAVE TO DEFENDANT TO FILE |
| ) | SUR-REPLY TO PLAINTIFF'S |
| ) | REPLY BRIEF |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
|     Defendant. ) | |

For good cause shown, Defendant's Motion for Leave to File a Sur-Reply to Plaintiff's Reply Brief is granted. The proposed sur-reply lodged on September 28, 2010, at Docket No. 19-2 is hereby deemed filed.

    IT IS SO ORDERED.

    Dated: **October 8, 2010**        **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE